UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DWAIN EDWARD WOODS,      )
     )
     Petitioner,      )
     )       CIVIL ACTION NO.
VS.      )
     )       3:06-CV-2382-G
NATHANIEL QUARTERMAN, Director,      )
Texas Department of Criminal Justice,      )       **ECF**
Correctional Institutions Division,      )
     )
     Respondent.      )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that

the findings, conclusions and recommendation of the magistrate judge are correct,

and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

March 27, 2007.

_____
A. JOE FISH
CHIEF JUDGE